**Exhibit A to the Complaint**

**Location:** Landenberg, PA  
**Total Works Infringed:** 31

**IP Address:** 69.249.222.66  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 93E2A5FE65E5A1C6FD78BEFFAE920CD4F7701877<br>File Hash: B01737AC50BC1B2716C06392CC8B6FE62736C8FF622FFA0F3C04D601409B6668 | 07-20-2021 03:23:05 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 2 | Info Hash: AB40567AB9EC9142F34C0B6DCC75D4EBD430291F<br>File Hash: 9B9F45E04B0280205E7EDAB0A8ECC42BFE96E07BCC284D5365C6CDC5469DC274 | 07-10-2021 04:39:03 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 3 | Info Hash: 7DE51FA6865C47D90653162EF7C5910F022BF716<br>File Hash: 56014F5C10F9A7B75E83AD2376EBA93C0827BE6F51F9FEDF88C65002EFE4B0DE | 07-04-2021 22:04:19 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |
| 4 | Info Hash: F9D83793A2AA55F8CFB42F5116C14168F73CDB6E<br>File Hash: 35BC69BCAA0B7BB6A518963387DE5A99E48C1D3C34F16BA644AE0A25F696CA21 | 07-04-2021 20:58:10 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 5 | Info Hash: 14E6018A31BAB755871BD1137D8700E68C62FDB4<br>File Hash: 494136C049FA13A99C0A1626FBF651B64EA15A14FE000396351796E55FCC0234 | 06-19-2021 16:18:58 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 6 | Info Hash: E001ED65F173C05077017DD8C58EC388FCE0E779<br>File Hash: C739BE32FC76EF6B07EE0E8759B98D463AFDAF5C7C92993F8360DE1A0D75C875 | 06-16-2021 10:53:20 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |
| 7 | Info Hash: 84D00D2726680643D60942151C2D530ABE7720AD<br>File Hash: 9506CE614E169AFBCA26B6AFDE1E3395C493CDF7D5E469136138FD1925DD21B0 | 06-16-2021 10:49:28 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 8 | Info Hash: 495F271BEA22E569FF1AFCFFC94FF0369BE73991<br>File Hash: DDE91152BDFBE198A895C151F3E243F454BBAE22A8564D3B8733F4D9F4D7641C | 06-15-2021 21:41:44 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 08E0F03F7656F2101A8EC5CBCB8ABD6B8BFD5AF8<br>File Hash: 44C794B58B90627A34DF9D6B904EF6B6784E2EEB410EAC42028BA6853399E6FF | 06-15-2021 21:39:55 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 10 | Info Hash: F6163E51BBB7FC6F648A3A1DDF21C7DAA8BAD96F<br>File Hash: 5A570A2E224189E70FAAA309F8F796A44C11D823ADA829737C859B18B5CAE08D | 06-15-2021 21:35:55 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 11 | Info Hash: 387B8E7041F9C2B11EC349FDC94FCD2E0F1C56F7<br>File Hash: 4125FAC153F8B30338BBB6B82DFE560B9A9A82FFBF9CA9E739A2CF07ED042B86 | 06-15-2021 21:29:54 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 12 | Info Hash: 411F6CF91A09ECA69F1158D6DA569C7F7254F311<br>File Hash: AFDA5E441240E9E9D400C2DB93232B8AFB5E26F4D22322CDC489C9538921AA35 | 06-15-2021 16:12:18 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 13 | Info Hash: 388F364AFF0B58A31EA9C1E48CD3344B3165477D<br>File Hash: 6036D1859EA524A83DDEA0BAE67BBFBA279CE91D5FB114A4E326EA7267373E4E | 06-15-2021 11:46:08 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 14 | Info Hash: EB2F55053CBABCB544A4C56CFECBDB52C0A94BF3<br>File Hash: 2BB8B24F3B41E73E425075504E83A53C0D1E709F9916E6C7EA5671E2A27BE6AF | 06-15-2021 11:28:00 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 15 | Info Hash: 5932CA5D6A3BAC6DD2286427B783E4E835B1734B<br>File Hash: D619FEE3395230167C059E657A7083BA9664A6F9137C63F12C583B00DC06F804 | 06-15-2021 08:39:12 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 16 | Info Hash: F49CFB423C700FFFABF4AF9E3288389E90061998<br>File Hash: 069E9775F9743E72C39030C655EA1003AAF17DE491536062A8D52B9C041ED7AB | 06-15-2021 03:51:14 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 17 | Info Hash: 35E1D753394668A617F587FC4C9B4612CC179853<br>File Hash: B875411707E3730662085DCBF7E1C5339637B1117388DF898703850855D8E1A1 | 06-15-2021 02:56:15 | Tushy | 05-23-2021 | 06-15-2021 | PA0002296928 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 4F8FEE77A8773D10D851BF492E209F6C0C0F7417<br>File Hash: 547D53EB75A8EB05FC960151F4026061375E93440E4D175D3C5DA450C52D994A | 06-15-2021 02:50:25 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |
| 19 | Info Hash: FC4BC98F0338FFA6C2E5005A2E540706EF28C66E<br>File Hash: B1ADD14D02483E3D5FF0278F098B71003299DE04C5312ED2D2B019C5CAD45107 | 06-15-2021 01:00:29 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 20 | Info Hash: 5BB8F4FF0AB77627BFC16F4EB53CDD1DC363C75D<br>File Hash: 909D08A0BDB26BD520629B59795AB097F4ACDEB4A03208F7193BB04766B6A4CF | 06-14-2021 23:48:53 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 21 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 06-14-2021 23:12:25 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 22 | Info Hash: 1E4D9151E4CEC98F69A92CD6D6FE68C5E8972F23<br>File Hash: 6FF23A945682BC54C4CBB35994A2BCE8AACE536D816BCEED05F7426578356633 | 06-14-2021 22:18:55 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 23 | Info Hash: 710B65149B6003DEB4C088447741D46DFE159FAE<br>File Hash: 89A777633FD6B2E6877491E21013997B1FBC065164D73B8E44F1E58EFF3A19A6 | 05-19-2021 18:58:36 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 24 | Info Hash: E62624EFAE2E746E56661246C46D7CEEA13F6045<br>File Hash: CC952DBC33DF0757809924B934051E659A671BFFB5191879E4355258EB8F9871 | 04-15-2021 10:05:12 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 25 | Info Hash: 9E3B4B439245DC0F4042F4B6E2E9FCC3DCEF4FAC<br>File Hash: E056F23FC18FD619FAB77194358954804794BDF1A173CF9D4C1A22F94D178C2B | 04-07-2021 12:26:02 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 26 | Info Hash: FEAF5BDAA2944D610E89DE674306200D190975F7<br>File Hash: 85250D722F4C82ECD4C8B5B6D2C3E26BD55F659D43D1199424185AEBD36CC847 | 04-07-2021 02:16:50 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: BC31F15E2E0C297593598BD13CE5B4E549674EDD<br>File Hash: B91C4397FE14831EF984CBDF4B599DE2559794FC2A95FB0BD11A86348F40D5B8 | 04-07-2021 02:16:23 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 28 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash: 41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 04-06-2021 10:26:29 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 29 | Info Hash: 12A99808A140787E996465A4E0FF5CEE81E1B235<br>File Hash: ADF52846FDA2D0B5E56E954ABF6BEDC4B2EBD1C155979440218310D60C0FF4D2 | 04-06-2021 05:14:28 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 30 | Info Hash: B3C0FDF6D0FEF30F71549E1399500D6A932FAD19<br>File Hash: F25027B6FF0C778172A1070478CD96421152D6B461643F984130226FC0ED6185 | 04-06-2021 03:45:15 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 31 | Info Hash: BB9B1D5CE4DB5A34BD2C3BF4186B2281F6935ADA<br>File Hash: D044D10640875D6E7D75C830EB2613AD8553831CA0CBECE175559DABE29252DF | 04-03-2021 21:28:45 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |